| | |
|---|---|
| 1 | KIMBERLY A. SANCHEZ<br>Acting United States Attorney |
| 2 | HEIKO P. COPPOLA<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |

**FILED**

Jul 18, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
APN 025-160-009-000, LASSEN COUNTY
APN 025-160-010-000, LASSEN COUNTY
APN 025-160-011-000, LASSEN COUNTY
APN 025-160-012-000, LASSEN COUNTY
APN 025-160-025-000, LASSEN COUNTY
APN 025-180-014-000, LASSEN COUNTY
BLM LAND IN VICINITY OF GEO-COORDINATES 40.91292, -121.20159 AND 40.91759, -121.21672

CASE NO. 2:25-sw-0591 CSK

DESTRUCTION ORDER

### **D E S T R U C T I O N   O R D E R**

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that all bulk marijuana seized under the authorization of this search warrant be destroyed and disposed of in accordance with Bureau policy and within the confines of the limitations set by paragraph 38 of the warrant application.

Dated: July 18, 2025

_____
Hon. Chi Soo Kim, U.S. MAGISTRATE JUDGE